UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WILLIAM WESLEY PARTIN** | ) | INDICTMENT NO. CR608-00005-001 |

## ORDER

On June 19, 2008, Defendant pled guilty to Count 1 of an Indictment charging him with uttering a forged United States Postal Service money order. The Court, on November 25, 2008, sentenced Defendant to fifteen (15) months confinement. The Court imposed restitution totaling $39,750.70; however, the determination of the restitution payee was deferred to a date not to exceed ninety (90) days from the date of the Judgment.

Judicial Alternatives of Georgia and the Toombs County, Georgia, State Court continue to maintain claims to the entirety of the restitution. Therefore, the Court defers designating a payee in its order of restitution until such time as the issue is resolved. Further, the Court directs the Clerk of Court, Southern District of Georgia, to continue to receive and hold all restitution payments in abeyance until the issue is resolved.

**SO ORDERED**, this _____ day of February, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia