# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 6:08-cr-5 |
| WILLIAM WESLEY PARTIN, | |
| Defendant. | |

## **O R D E R**

This matter is before the Court on the Government's Motion to Amend Restitution Order to Reflect Restitution Payee. (Doc. 21.) The Government requests a designation of restitution payee in the Judgment entered against the Defendant in the above referenced case. After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED that the Judgment in the above criminal case shall be amended to designate Western Surety Company as sole restitution payee. All other previously imposed terms and conditions remain unchanged and in full effect. The Clerk of Court is DIRECTED to immediately withdraw all restitution payments held in abeyance and direct said payments to Western Surety Company. Restitution checks shall be made payable to the Western Surety Company with reference to "Claim 9A309200" on the check and mailed to:

> CNA Surety, Attn: Surety Claims / K. Celler – Claim 9A309200
> 151 N. Franklin St. 17th FL
> Chicago, IL 60606

**SO ORDERED**, this 30th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA